Waterworks v Lacava Exhibit A.xls

| EXHIBIT A* | | | |
|---|---|---|---|
| Transfers | | | |
| Name of Creditor | Check / Wire ID Number | Disbursement Date | Amount Paid |
| LACAVA | 207877 | 2/6/2009 | $817.25 |
| LACAVA | 208306 | 2/20/2009 | $53,808.68 |
| | | | $54,625.93 |

*Debtors' counsel reserves the right to amend, supplement or otherwise modify this Exhibit from time to time, without limitation.